DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————————

DAVID BLAKE JOHNSTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2601

———————————————————

June 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Jacob Grollman of Grollman Law P.A., Bradenton; Brett McIntosh and Kevin M. Griffith, Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.